Arthur Burnham

V.

Worcester county massachusetts GOV. ET. AL.

# VERIFIED COMPLAINT JUDGE

## JURISDICTION

This court has Jurisdiction §1331

## PARTIES

1. Plaintiff is Arthur Burnham Qualified individual under ADA As having A record of such impairments.

2. Defendant is Worcester county massachusetts Government under ADA, municipality Liability

3. Defendant is Worcester county sherrif John Doe sued in his official capacity

4. Defendant is Deputy McMillan supervisor of A-2 officers. He is sued in his official capacity.

5. Defendant is corrections officers' Carlo, Kasic, Sgt. Bristol All Are sued in their official capacity,

# FACTS

6. Plaintiff has been in Disciplinary Segregation for over 40 days, displaying exceelent Behavior.

7. Plaintiff is engaged in multiple constitutional protected Activities, inter Alia, writ-writer for Stephen Stone. Carlo And Brosier defendants: Request for A Due Process Hearing to Jail Administration, copies hand served to Lt. muara, Addressed to Deputy mcmillan Supervisor of A-2 Seg. And Deputy Superintendent Tuttle. (see exibit). (1/11/2017)

8. Plaintiff has suffered ~~Das~~ Adverse Actions At the hands of defendants Carlo, Bristol, Kasic, Johnson, Cpt. Anderson Beginning on 1/12/2017. — 1/15/2017.

9. Plaintiff has been intimidated, oppressed, Desparately treated, subjected to A Hostile enviroment by Carlo, Bristol, Kasic for having exercised his constitutional Rights. Animus And effect of this retaliation is An Attack on Plaintiffs' equality of rights And to Attack the Plaintiffs' Protected Class And his known disability.

10. Plaintiff claims this Attack (Adverse Action) has A direct link to constitutionally Protected Activity. All the oppressive Actions Are the exact ~~samean~~ Same Actions the Plaintiff has named Against the defendants in 16-40157. As well As "Stephen Stone" Complaint As well As Plaintiffs' statements in Due Process hearing As being At his tolerable limits of isolation. And of coarse the most childish display of behavior Group laughter At Plaintiff. How Pathetic. (motive on that is obvious).

## ADVERSE ACTIONS

11. Plaintiff has been Getting 3 to 5 CASE LAW A DAY while in Seg. from case worker Dan. Plaintiff top Bunk has no Mattress and his civil complaints And Exibits Are spred out All over in Chronology. medical records ect. ect.. Plaintiff has Approx 50 to 60 CASES LAW for supreme court and Appeals court. Now 20 or so Common LAW to fight for "remedy At LAW" in State venue. This I do before Askin for equity in relief from U.S.

12. Plaintiff has so much case law that he references ~~Daily Daily~~ Daily, he had to spread his Blanket out on the floor And Place cases in their categories. Due Process, Brady Claims, deliberate indifference, mass constitutional error, Article X, XI, ect. ect.

13. 1/12/17 Plaintiff is Dressed to go to court At Approx 7:45 AM. Plaintiff is handcuffed Per seg. status by officer Kasic. Plaintiff is escorted by Control Both. Inside carlo and Bristol ~~Astra stare~~ stare At the Plaintiff And Kasic and Are "Laughing".

14. Plaintiff says to Kasic "oh Please" thats so old do they really believe that is Going to bother me.

15. Kasic immedéately starts in on the Plaintiff "Arthur your cases Are A Joke" "Nobody cares About You" "You filed these cases and nobody is Going to do nothing" "Your the laughing stock of the whole Jaill" "You dont think weve been told" "The United state court is Going to nothing" "nobody Believes You" "I'm Just trying to save You the trouble Arthur"

16. Plaintiff says nice try Kasic. save it for Your interrogatories.

17. Kasic says Arthur "How long has it been." "Their not Going to do nothing. You File these meaningless complaints And nobody is taking You seriously." "no Jury is Going to believe You." ~~[scribbled out text]~~

18. Plaintiff Aint Going to lie. this was ~~Arett~~ Pretty terrible day. Having such A seed Planted in the Plaintiffs' head. United States Clerk wont Give me the copies I Asked for. Judge Hennessy did take six months with no Action. ~~[scribbled out text]~~

19. Plaintiff on this day did get depressed And felt Quiting. Luck has it that I Brought some reading material with me. Ex Parte Young (full text); Parratt, 451; ~~[scribbled]~~ Hudson, 468; mathews, 424; zinermon, 494; AGurs, 427; And Bagley. It dont matter to me (of course it does) that the first Cir. dont like me. I Love the Supreme court. I'm Going to Be 47 on Jan. 23. I do by swear By the time I

I turn 54 I will by litigating Civil Rights Law in a circuit of the United States defending races, religions, "disabilities" for people who cannot defend themselves.

20. Plaintiffs' depression turns to laughter as attorney state the Jail will only produce 1 1/2 min. of video for me being chained down on Nov. 13, 2016, 16-40167.

21. Plaintiff does not see how they are going to prove with proponderence of evidence that was not retaliatory with 1 1/2 min. out of 24 hrs requested - what are they hidding 1st Civ.

22. Plaintiff is returned to work. Jail in the afternoon. Sgt Bristol a defendant in 16-40167 is there to escort me back to SCG .. Sgt. wastes no time gettin to the point. states, "So You press charges against me?" PLAINTIFF: Your named in your official capacity. And I don't want to talk about. I not going to go threw what I went threw this morning. Lets just save this for due process. BRISTOL: what due process. Nothing is going to happen. were just going to show our reports and it will be over. You cant prove none of this. PLAINTIFF: Look Sgt. why dont you just worry about answering the complaint under oath that you did not tell me to tie sheets my neck and hang my self. You'll get to my funeral. All while putting me in chains. BRISTOL: Thats Heresay. PLAINTIFF: Sorry Sgt. Thats not what heresay is. And yes Sgt You are going to have to put on paper in a answer as well as an interrogatory im going to give you under oath You did not say those things, CPT Anderson too that He did not say he was going to lie to the US Judge. Bristol: we aint going to say anything nobody is going to believe you we got the reports. Its our word against yours. PLAINTIFF: Sgt. Im all done Im sorry you dont understand. First you are going to have to put facts on paper. So go ahead and lie. I hope you guys get a fact finder polygraph. BRISTOL: They cant do that. PLAINTIFF: I dont no what they are going to do but at some point I don't think the Judge is going to be happy with 6 corrections officers perjuring in court of the U.S.

23. Plaintiff is Brought to his Cell A-2.35. Cell is result of A Penological security Such in Which All Case Law is thrown in A Big Pile on top of Bunk. Sheets Are thrown under mattress were it is Pretty dirty here in Se6- this is An old Jail.

24. However Plaintiff notices Legal material on Bunk has not Been ~~Flipped~~ Flipped Threw. Having Just spent the day reading Parrott. Hudson. Plaintiff is now Able to Apply his Gifts to his every day life.

25. Yeah search is Probably retaliatory. But I have been is Se6. for 40 days And this has never happend Before and is "random". Therefore not "Predictible" deprivation is in my opinion within security interest. "I'm in Jail" Right?

26. 1st. Cir. it hurt. It hurt bad. A months worth of Orginization. Quiters never win. And winners never Quit. Plaintiff spend the rest of the night reorganizing. cases in categories. Place Back on A Spread Blanket Accross the Plaintiff cell Floor.

27. 1/13/2017 830 Am Plaintiff Again Goes to court. Plaintiff is escorted by Kevin Carlo who First thing Puts the Plaintiffs' cuff on As tight As he could. Plaintiff did not say a word. The entire walk to intake As Carlo walked behind Plaintiff. ~~in silence~~ - Plaintiff was in silence. Plaintiff has exreme confidence. And every day is learning At An exponential rate.

28. Plaintiff is returned to intake Late Afternoon And is returned to his A-2, 35 cell. This time the cell is completely trashed. All case law is Again off the floor but this time All United States Large envelops Are Dumped (Approx 4 Large evelopes Full of Complaints 'copies' notices). All mixed up with case Law. Sheets Are again under dirty Bed. All my envelopes to send mail have been removed. I suspect Im missing more than envelopes. However I wont state As A Fact. Im not sure. I can never reorganize All this. Inmates in cell 47, 34, told me what happend. An 830 Am cell search by carlo, 1100 mail delivery by carlo. missing or ruse. I dont know. My mother said my daughter ~~went~~

wanted to write me. I have not heared from familly in two years.

29. I asked Carlo at about 630 if I got any mail. He said "ya I threw it away". Approx 730 I again asked carlo real nice. Come on carlo did I get any mail. CARLO: "what dont you understand. I told you I threw it away". Jerks. Thats what I get for 45 days of forgiveness. I hold no negative energy or resentment per "Laws of Attraction" (I say thank you to carlo when he feeds me).

30. Later around 10:30. After asking for grievances and to see a Sgt. or Cpt. I had to cover my camera to get a Sgt. to come. Sgt oneill. I told him what had happened and I want to know if carlo has mail for me or not. I have not heared from familly in two years. Carlo interupted and said quit being a cock, you blame me for stuff so I threw your mail away. I told Sgt oneill I want my light turned off carlo locked it on high beam. He said he had to go home.

31. On 1/14/2017 I seen Cpt. Anderson and Sgt. Johnson on rounds. I asked Cpt. if he could please stop this this no need im in Seg where you all want me. And im nice to all officers tell them to stop trashing my room. And turn my light off. I said now you are aware you are liable as a supervisor. Cpt. said I dont care sue me Arthur. Johnson said "Fuck him".

32. Plaintiff light has been on for 3 days. All some block officers' are now hostile towards Plaintiff slamming my food trap closed extremely hard. As hard as you can possibly slam steel.

33. This is what this "Pre-trial" Plaintiff gets for accepting his unconstitutional Seg. time. And learning Law and changing his life as no other Pre-trial inmate has in the state of massachusetts.

34. Plaintiff get abused for a display such Prof-esional conduct. All my case law is destroyed my legal stuff is in dissarray. Night light stays on. I cantsleep. And hostility is really making me very depressed. The courts are attacking my sixth Amend. Im in a class of one"

35. This "one" is not going threw this again. I cant do it. If the judge and the court hate me then they should just say so. As that way we could be honest with each other. Obviously from the confidence displayed in the corrections officers here to do the same things I just filed against them for. Lights on 24 hrs, messing with my mail, attacking me with intimidation, slamming my trap again. Then officials in the U.S. court probably did tell the sherrif they hate me and aint doing nothing to protect my equality of rights.

36. I asked the United States court for help against officials in Worcester superior court and you just let the judge attack my sixth amendment rights for exercising the first amendment. exactly what I told you would happen.

37. No I'm not delusional. Just hated by my state and now my own country.

38. After the little torchure session someone should have stepped in and departed from role of adversary or nuetral party and protected me. No your just going to let them do it again at great expense to me as I am so deflated (all lot more than that stupid football you heared in one week) I'm thinking about quiting on life. I bet by the time you get to type these words I will have quit. I shore am considering in this moment I way to quit. This complaint was going to be an instant action with T.R.O, show cause, and so forth. I aint going to bother.

39. I read all these cases out of S. Ct. and the judicial system pretends thats the law. Truth is that it is enforced when its convienent to do so. Thats not evoluing standards. Thats evolved trickery. This is the same body of justice as was displayed by Pontias Pilate, with deeper pockets.

40. The United states judge told the sherrif you hate me do what you want. Truthfully I already knew judge hennessy was involved with all this dudley denial. I just thought youd be fair and fix it - I have

learned enough constitutional law to understand the magistrate Judge's actions of waiting 6 month to review 1915(e) was deliberate blocking of mine and my childrens rights under const. amend. 1. 14 This inordinate Prejudicial delay did rise to the level of constitutional tort or error, in his administrative duties, and has caused me enormous hardship with irrepairable harm and loss of liberty, delay did cause emotional distress with significant physical injuries. see, eg., Layne v. Gunter, 559 F. 2d 850. 851 (1st cir 1977), cert. denied, 434 U.S. 1038 (1978); rivera v. conception, 469 F. 2d 17, 19-20 (1stcir1972).

41. If A united states Judge is going to tell the corrections Department who Just got done torchuring me. That "its OK I hate that kid" after I have nerve damage in Both hands From an "Authorized" siezure of my Body. Const. Amend 4. Then I might as well file A Bivens for "deliberate blocking" "inordinate" and "Prejudicial delay" and Prepare to kick all of my Docket into the Appeals court and start working now on certiorary. (infringement on Due Process) (equal Protection) I don't care if You send me to A concentration camp For "civil Rights victems" I'm already in A concentration camp as a "civil Rights victem" I've already lost my 3 children forever, my spouse forever, my life forever, my liberty forever. I'll never make it to cert. denied or other. I'll file for next of kin though.

                              CLAIMS

42. Plaintiff claims defendants, Kasic, Bristol, Carlo under color of law did conspire to retaliate for Plaintiff exercise of constitutionally Protected activity by intimidation, harrass, oppress, injure threw diliber indifference to the Plaintiff serious mental impairments by Attacking the Plaintiff mental illness with known factors in which would cause the Plaintiff Psychological Pain. SEE woods v. smith, 60 F 3d 1161 U.S. ct App (5th cir); Griffin v. Breckenridge, 403 U.S. 88-Supreme court 1971-

Plaintiff Claims these reorder Bristol 2 Action

43. Plaintiff Claims his known disability was A Significant factor in the defendants invidious retaliatory behavior. motive or intent here was to Attack the Plaintiffs' depression As it was made known to all in Exibit Due Process Hearing, that the Plaintiff was At his tolerable limits of isolation. On 1/10/2017 Plaintiff told CPl. DeGnault And Lt. muara that he was now Getting servevely depressed After 45 days of 24 hr lock-in no deoderant or Contact with news over over the world. I told them listening to N.P.R. news And Coast to Coast radio was All that was holding me together. They said they would Go talk to dePuty McMillan. 1/11/2017 I wrote the same in Due Process hearing ReQuest. on 1/12/2017 I was Attacked with with the same combination of Hostility I File 16-40057 for. Legal mail, Personal mail, Sleep deprivation, 24 hr high lighting Stuck on, Pounding my Steel trap Closed violently. Attackin my legal efforts by destroying my Case law Piles and dumping my United state Evelores All over. Verbal Abuse by the same defendants. told to Go Fuck myself when I Asked for A Grievance, Told mail was thrown in the trash, Told the united States District 1st Cir Judge hates me. And Im A laughing stock of the whole Jail.

44. Plaintiff Claims these conditions - of - Confinement, And invidious discriminatory behavior has Placed An "Atypical and Significant hardship" Upon the Plaintiffs' Known depressive d/o, Borderline Personality d/o, PTSD, Adjustment d/o, Suicide Ideation, And is very likely Going to result in self harm cause Im done with All these Supreme Court lies. All is in violation of Sandin, 515 U.S. at 486, 115 S. Ct. 2293; Mathew V. Eldridge, 424 standard; Estelle V. Gamble, 429 U.S. 97 supreme court; (their All S. Ct.) United States V. Georgia, 546 US. 151 (2006); Daniells V. Williams, 474 U.S. 327 (1986); Griffin V. Breckenridge 403 U.S. 88 (1971); Griffin V. illinois, 351 U.S. 12 (1965); Kush V. Rutledge, no. 81-1675

45. Here the defendants Act took some degree of planning and coordination and did constitute an intentional deprivation that may not be characterized as random. Their state of mind was wrongfull retaliation displaying ill will and hatred towards the Plaintiff And invidiously attacking his disability. Here the defendants. And each of them, deprived Plaintiff of his liberty without due process of law in Contravention of the Plaintiffs' Fourteenth Amendment rights as a Pre-trial detainee. The defendants acted with willfull, wanton and reckless disregard of and indifference to the Plaintiffs' Rights under the disability statues And his Constitutionally Guaranteed right to be Free From Punishment without due Process of law.

46. The Plaintiff has suffered this deprivations of liberty for over A year And with known filings of civil Dockets for said deprivations to include 16-40057, 16-40098, 16-40152, 16-40167, And no Guidance is Provided to these same defendants by supervisory officers As well As municipality officials who All failed to exercise their Power to circumbscribe the obvious danger of future "erroneos deprivations" of the Plaintiff liberty. states "cause of Action" for Municiple liability under 1983, 1985 (2)(3), And 12132 title II ADA.

47.  Plaintiff Claims the defendants Conspired to injure oppress, threaten, intimidate the Plaintiff in free exercise or enjoyment of first Amendment rights secured to him by the Constitution of the united states or because of having so exercised the same, has deprived the Plaintiff of liberty And Attacking his equality of rights. The Animus And effect of deprivation is to strike down the Plaintiff to the end he may not enjoy his equality of rights by Attacking his disability (his depression d/o,) And hindering his Ability to effectively Advocate in his civil And criminal venues. Thus influencing Federal Judicial Procedings. And obstructing due coarse of Justice in Worcester superior court.

# ADA DESPARATE TREATMENT

48. Plaintiff claims he belongs to a Protected class under the ADA as having a record of such impairments.

49. Plaintiff claims as mentioned in the forementioned paragraphs defendants had motive to attack his disability.

50. Plaintiff claims he was treated less favorably than others simularly situated in segregation because the defendants knew the Plaintiff was Vulnerable to an Assault on his depression d/o, suicide ideation and any Hostility towards the Plaintiffs' known depression would likely cause harm. So the defendants invidiously discriminated the Plaintiffs rights to a healthy habilitatave inviroment. And created a hostile enviroment to cause Psychological Pain.

51. Plaintiff claims no other segregation inmates outside the Plaintiffs' Protected class were treated this way not John Doe in cell 47. OH he is not a Doe his name is Johnathan Louise Quiles (SEE exibit AFFIDAVIT). He is not being threatened, and subjected to a hostile enviroment. nor is any other seg inmate. state "cause of Action" for unlawful discrimination "DESPARATE treatment" ADA.

52. Plaintiff claims as result of the forementioned paragraphs the defendants violated his civil rights under 42 U.S.C. §§ 1985(2)(3), 12132 tittle II ADA.

53. Plaintiff claims the defendants should have known they were violating a clearly established constitutional Right in which a reasonable person would have known

54. Plaintiff claims defendants are not Protected by Qualified immunity because the very act in question has previously been held unlawful and its unlawfullness is apparent under PRE-EXISTING LAW. Plus Congress says 12132 and 1985(2)(3) ARE BAD BAD BAD BAD BAD BAD BAD BAD BAD behavior

# RELIEF REQUESTED

WHEREFORE, Plaintiff request that the court Grant the following relief:

A. Issue An injunction ordering defendants to or their Agents to:

  1. Immediately remove unconstitutional conditions of Confinements. [Turn 24 hr constant illumination off, Remove Plaintiff from excessive disciplinary Segregation time As it is disproportionate to the offence, And As A mental health Pre-trial inmate 50 days is enough]

  2. Remove defendants Carlo, Bristol, Kasic From Plaintiffs housing unit And Prohibit Any Contact.

  3. Cease All desparate treatment or harassment

  4. Protect Plaintiffs' liberty, As Pre-trial inmate.

B. Award Compensatory, nominal, Punitive Damages in the following Amounts:

  1. Any Amount this court Sees Fit.

C. Grant such other relief it may Appear Plaintiff is entitled.

Signed under Penalty of Perjury on this 16th day of Jan. 2017

Arthur Burham

1/16/2017

Respectfully Submitted,

Arthur Burnham 5X Civil Right&Camp.

Affidavit.

To day is 1-13-17 Im inmate Jonathan. Louise. Quiles msA#0703143 living unit- A-2 Cell #48. I'V have notice Co taken out inmate Arthur out of his Cell #35 to go to Cort around 7:30 Am. Around 8:30 Am to 9:00 Am A Co taken a inmate out of his Cell room #34 to go Shower. I notice Co Johnson did a room cell check real quick in Cell #34, and the trash bucket was between Cell #34 and 35 in the A-2 unit up Stare's. Well the Co's Continued taken inmate's out of they cells to go Shower. I'V seen Co Carlo Came inside inmate Arthur Cell #35 Co Carlo did a quick Surch in inmate Arthur room. Thay were a food tray, with a coupl Sheets of hand witten paper on top of the food tray in the Corner of Arthur Cell, door. Co Carlo thro the food tray, with the paper work on the top of the tray in the trash. At around 11:30 Am Co Carlo Came through with inmate mail in his hands. Co Carlo Came in Inmat: Arthur Cell #35 and Came nere Arthur bed then Co Carlo tern around and walked out of Cell #35 and Co Carlo Continued Passing out the rest of inmate mail. Around 1:30 PM the Socail Worker DAN from A-2 DAN put some paper work in inmate Arthur Cell# 35. And DAN Continued doing his rand's. ON 3 O-Clock Shift 3 to 11. I'V have notice Co Carlo At the time 3:45 to 4:00 PM go inside inmate Arthur Cell #35 Spending a good amount of time looken nere Arthur Cell table in his Cell. mven things around and on top of Arthur bed Co Carlo reading thing's with out tooching nothing. then Co Carlo trash Arthur Personule Stuff. Co Carlo been inside his room for a Along time now. When Co Carlo came out of Arthur room Carlo went back down Stare's. I heard a Co ASK Carlo did he find eny thing in Arthur Cell Carlo Stated No. Around 6:45 PM I notice inmate Arthur ASk Co Carlo if he gotten eny mail, Co Carlo Stated that he has throwing inmate Arthur mail in the trash. Co Carlo Continued doing his rands. Around 7:15 PM inmate Arthur ASk Co Carlo if he had eny sort of mail today in a nice way agen. Co Carlo stated to inmate Arthur what don't you understand. I put your mail in the trash!

Signed under penalty of Perjury
Sign Here → X Jonathan. Louise. Quiles 1-13-17

*Arthur Brustie 1/16/2017*

# AFFIDAVIT

On Friday 1-13-17 at about 8 am I heard cell 35's cell being searched. I went to the cell window and saw officer Carlo come out of cell 35. At about noon time I heard alot of paper and plastic being shuffled around in cell 35 again I went to the cell door to look at the window and after a lengthy period of time saw Carlo come out again. Another officer asked him if he found anything he (Carlo) said nope Just a random shakedown) and chuckled. He dragged the trash can in front of my cell in between my cell #34 and #35 and threw something heavy in it I heard it hit the bottom. Then some Styrophon trays. At about 6 pm #35 (Arthur) came back from court he asked officer Carlo where his lawsuits and legal work were and Carlo stated "I threw them away." He asked Carlo if he got mail and officer Carlo said "yup I threw that away as well." later in the even Carlo repeated that he threw the legal work and his mail out. #35 (Arthur) asked for the sargent. He told the sargent about what officer Carlo said and Carlo stated Arthur your acting like a cock blaming me all the time. So yes I threw your shit away -(--- Anderson capt) was doing a round on 1-14-17 and #35 asked him and sargent Jenson to tell the officers to turn his lite off and stop ripping his cell apart. Captain Anderson said sue me Arthur I don't care. Sargent Johnson said (Fuck him) on sunday morning at breakfast I got my tray out of the trap and the officer closed my trap. Cell 35 got his food and the officer slammed his trap so loudly it sounded like a shot gun blast.

Signed under Penalty of Perjury on 1/15/2017

X Billy ~~Statkewitz~~
William Statkiewicz

MSHA0698354